# WUKELA LAW FIRM

Steve Wukela, Jr.
Benjamin D. Moore
Christi B. McDaniel
Stephen J. Wukela
Patrick J. McLaughlin
Pheobe A. Clark
Frank C. Swaggard

403 Second Loop Road
P.O. Box 13057
Florence, SC 29504-3057

(843) 669-5634
FAX (843) 669-5150

September 27, 2022

**VIA EFILING**
United States District Court
District of South Carolina
Charleston Division
P.O Box 835
Charleston, SC 29402

Re:  Pendarvis v. Wilson, et al., C/A No.: 2:22-cv-03142-BHH-MHC | **NOTICE OF FILING**

Dear Civil Case Administrator:

Attached for filing with the court, please find a *Waiver of the Service of Summons* waiving service of a Summons and Complaint in this action on behalf of the Defendants, Wesley Vorberger, Robert D. Cook, J. Emory Smith, Jr., Harley L. Kirkland, David S. Jones, T. Stephen Lynch, Robert Kittle, Alan M. Wilson, W. Jeffrey Young, and Joanne Lee.

With kindest regards, I remain,

Yours truly,

WUKELA LAW FIRM

PATRICK J. MCLAUGHLIN

PJM/mmw

Attachments (as stated)