**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| John Trenton Pendarvis,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Alan M. Wilson, Mark A. Keel, Hugh E. Weathers, L.C. Knight, W. Jeffrey Young, Robert D. Cook, Emory Smith, Jr., Joanne Lee, David S. Jones, T. Stephen Lynch, Harley L. Kirkland, Wesley Vorberger, Robert Kittle, Adam L. Whitsett, Frank O'Neal, Jason Wells, Glenn Wood, John Neale, Alden G. Terry, Derek M. Underwood, J. Clint Leach, Aaron Wood, John Stokes, Vanessa Elsalah, Brittany Jeffcoat, Eva Moore, Ray Dixson, Frank Thompson, Robert Krutak, Jonathan Calore, Charlie Scrubbs, and Wayne Eaddy,<br>　　　　　Defendants. | C/A No: 0:22-cv-03142-BHH-MHC<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS L.C. KNIGHT, RAY DIXSON, FRANK THOMPSON AND ROBERT KRUTAK** |

TO THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA:

　　The Plaintiff in the above-captioned action requests that the Clerk of this Court enter the default of Defendants L.C. Knight, Ray Dixson, Frank Thompson and Robert Krutak (collectively the "DCSO defendants") for their failure to plead or otherwise defend in a timely manner in response to the Complaint, as provided by Rule 55(a) of the Federal Rules of Civil Procedure and LCR 55.01. The DCSO defendants' default for failure to plead or otherwise defend is shown by the *Waivers of Service* (ECF 8-1) on file with the Court and the *Affidavit for Default* (attached as Exhibit A) being submitted along with this request.

(signature page follows)

                        Respectfully submitted by:

                        s/Patrick J. McLaughlin  
                        Patrick J. McLaughlin (Fed. ID No. 9665)  
                        **WUKELA LAW FIRM**  
                        PO Box 13057  
                        Florence, SC 29504-3057  
                        Phone: (843) 669-5634  
                        Fax: (843) 669-5150  
                        E-mail: patrick@wukelalaw.com  
                        *-and-*  
                        s/C. Bradley Hutto  
                        C. Bradley Hutto (Fed ID No. 2024)  
                        **WILLIAMS & WILLIAMS**  
                        PO Box 1084  
                        Orangeburg, SC 29116  
                        Phone: (803) 534-5218  
                        Fax: (903) 536-6298  
                        E-mail: cbhutto@williamsattys.com  
                        ***ATTORNEYS FOR PLAINTIFF***

Florence, SC  
November 28, 2022