IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John Trenton Pendarvis, ) | C/A No. 2:22-cv-03142-BHH-MHC |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Versus ) | |
| ) | **DEFENDANTS KNIGHT, DIXSON,** |
| Alan M. Wilson, Mark A. Keel, Hugh E. ) | **THOMPSON AND KRUTEK'S MOTION** |
| Weathers, L.C. Knight, W. Jeffrey Young, ) | **TO DISMISS IN LIEU OF ANSWER, OR,** |
| Robert D. Cook, Emory Smith, Jr., Joanne Lee, ) | **IN THE ALTERNATIVE, MOTION FOR** |
| David S. Jones, T. Stephen Lynch, Harley L. ) | **MORE DEFINITE STATEMENT** |
| Kirkland, Wesley Vorberger, Robert Kittle, ) | |
| Adam L. Whitsett, Frank O'Neal, Jason Wells, ) | |
| Glenn Wood, John Neale, Rhett Holden, Alden ) | |
| G. Terry, Derek M. Underwood, J. Clint Leach, ) | |
| Aaron Wood, John Stokes, Vanessa Elsalah, ) | |
| Brittany Jeffcoat, Eva Moore, Ray Dixson, ) | |
| Frank Thompson, Robert Krutak, Jonathan ) | |
| Calore, Charlie Scrubbs, and Wayne Eaddy, ) | |
| ) | |
| Defendants. ) | |

COME NOW Defendants L.C. Knight, Ray Dixson, Frank Thompson, Robert Krutek[1] (hereinafter collectively referred to as "these Defendants" or "the Dorchester Defendants), by and through the undersigned counsel, moving for an Order pursuant to Rule 12(b)(6) and Rule 12(e), FRCP, either instructing the Plaintiff John Trenton Pendarvis to file an Amended Complaint complying with Rule 8, FRCP, or dismissing this case based on the failure to comply with Rule 8, FRCP. This motion is being filed in lieu of an Answer.

The Dorchester Defendants' motion is based upon the pleadings; the memorandum of law filed herewith; the rules of court; and any other matters as may be allowed by the Court.

---

[1] Defendant Krutek's name is incorrectly spelled in the Plaintiff's Complaint.

**BUYCK LAW FIRM, LLC**
P.O. Box 2424
Mt. Pleasant, SC  29465-2424
Telephone: (843) 377-1400
Facsimile: (843) 284-8105
Email:  george@buyckfirm.com

*s/George Smythe*
_____
Hugh W. Buyck (Fed. ID # 6099)
George B. Smythe, Jr. (Fed ID #13224)
Jeffrey H. Lappin (Fed ID #13568)

Attorneys for Defendants L.C. Knight, Ray
Dixson, Frank Thompson and Robert Krutek

November 28
_____, 2022
Mt. Pleasant, South Carolina

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was served on each party or counsel of record by ☒ mailing, ☐ emailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

This 28th day of November, 2022.

_____*s/George Smythe*_____